IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-00041-WYD-NYW

JANET LAZALDE,

    Plaintiff,

v.

CAVALRY SPV I, LLC, and
DAVID A. BAUER, P.C.,

    Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on February 2, 2016, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney fees and costs except as specifically agreed in the settlement agreement.

Dated:  February 2, 2016

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge